UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br>　　　　Plaintiff,<br>　　v.<br>DIRECTOR OF OPS OF CDCR, et al.,<br>　　　　Defendants. | Case No.  15-cv-00030-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Gary Barger's allegations in this federal civil rights action are based on events occurring at Corcoran State Prison in Corcoran, California, which lies in the Eastern District of California.  Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the Eastern District.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** January 22, 2015



WILLIAM H. ORRICK
United States District Judge